IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00901-WJM-NYW

Vicki Mize,

      Plaintiff,

v.

Café Ambrosia, Inc.,

      Defendant.

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Vicki Mize, an individual on her own behalf, hereby voluntarily dismisses this action with prejudice.

Respectfully submitted this 6th day of July 2017.

s/  Lori J. Coulter
**Lori J. Coulter**
The Law Office of Lori J. Coulter, LLC
1271 Riverview Drive
Loveland, CO 80537
720-961-2804
Email: lori@adaequality.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christopher Wenzel Carr
Dill Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman St., Ste 300
Denver, CO 80203
ccarr@dillandddill.com
*Attorney for Defendant*